# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLASTON GERMANY GMBH ET AL,<br><br>                        Plaintiffs,<br><br>v.<br><br>SOLAR SEAL, LLC ET AL<br><br>                        Defendants. | Case No. 3:23-cv-00520-JAM |

## **DEFENDANT NAVERRA GLASS, LLC'S ANSWER**

1. Defendant ("Naverra Glass, LLC") admits the allegation that this is a commercial collection action and denies the remaining allegations in Paragraph 1.

2. Defendant has insufficient information to admit or deny the allegations contained in Paragraph 2.

3. Defendant has insufficient information to admit or deny the allegations contained in Paragraph 3.

4. Defendant has insufficient information to admit or deny the allegations contained in Paragraph 4.

5. Defendant denies the allegations contained in Paragraph 5.

6. Defendant denies the allegations in Paragraph 6.

7. Defendant admits that Paragraph 7 invokes this Court's jurisdiction and have insufficient information to admit or deny the allegations contained in Paragraph 7.

8. Defendant admits that Paragraph 8 invokes this Court's venue.

9. Defendant has insufficient information to admit or deny the allegations contained in Paragraph 9.

10. Defendant has insufficient information to admit or deny the allegations contained in Paragraph 10.

11. Defendant denies the allegations in Paragraph 11.

12. Defendant admits the allegations in Paragraph 12.

13. Defendant admits the allegations in Paragraph 13 as to Jeremy Ozen and Daniel Ozen and denies the allegation as to Michael Ozen's position.

14. Defendant admits the allegations in Paragraph 14.

15. Defendant admits the allegations in Paragraph 15.

16. Defendant has insufficient information to admit or deny the allegations in Paragraph 16. as to Solar Seal, LLC and admits the allegations as to Naverra Glass, LLC.

17. Defendant has insufficient information to admit or deny the allegations in Paragraph 17. as to Solar Seal, LLC and admits the allegations as to Naverra Glass, LLC.

18. Defendant admits the allegations in Paragraph 18.

19. Defendant admits the allegations in Paragraph 19.

20. Defendant admits the allegations in Paragraph 20 as to Naverra Glass, LLC and has insufficient information to admits or deny the allegations as to Solar Seal, LLC.

21. Defendant admits the allegations in Paragraph21.

22. Defendant admits the allegations in Paragraph 22.

23. Defendant has insufficient information to admit or deny the allegations in Paragraph 23 as to Solar Seal, LLC.

24. Defendant has insufficient information to admit or deny the allegations in Paragraph 24.
25. Defendant has insufficient information to admit or deny the allegations in Paragraph 25.
26. Defendant has insufficient information to admit or deny the allegations in Paragraph 26.
27. Defendant has insufficient information to admit or deny the allegations in Paragraph 27.
28. Defendant admits the allegations in Paragraph 29.
29. Defendant denies the allegations in Paragraph 29.
30. Defendant denies the allegations in Paragraph 30.
31 Defendant has insufficient information to admit or deny the allegations in Paragraph 31 as to Solar Seal and admits that no payments have been made by Defendant over the past eight (8) months and denies the remaining allegations as to amounts due.
32 Defendant has insufficient information to admit or deny the allegations in Paragraph 32 as to Solar Seal Defendant admits the allegations as to Defendant.
33 Defendant has insufficient information to admit or deny the allegations in Paragraph 33 as to Solar Seal Defendant admits the allegations as to Defendant.
34 Defendant denies the allegations in Paragraph 34.
35 Defendant admits the allegations in Paragraph 35.
36 Defendant admits the allegations in Paragraph 36 as to Naverra Glass, LLC and denies the allegations as to Solar Seal.

37  Defendant admits the allegations in Paragraph 37.

38  Defendant admits the allegations in Paragraph 38.

39  Defendant admits the allegations in Paragraph 39.

40  Defendant admits that no payments have been made since February 2023, and denies the remaining allegation in Paragraph 40.

41  Defendant admits the allegations in Paragraph 41.

42  Defendant admits the allegations in Paragraph 42.

43  Defendant admits the allegations in Paragraph 43 as to Naverra Glass, LLC and denies as to Solar Seal.

44  Defendant admits the allegations in Paragraph 44.

45  Defendant admits the allegations in Paragraph 45 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

46  Defendant admits the allegations in Paragraph 46 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

47  Defendant admits the allegations in Paragraph 47.

48  Defendant admits the allegations in Paragraph 48 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

49  Defendant admits the allegations in Paragraph 49 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

50  Defendant admits the allegations in Paragraph 50 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

51  Defendant admits the allegations in Paragraph 51 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

52  Defendant denies the allegations in Paragraph 52.

53  Defendant admits the allegations in Paragraph 53 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

54  Defendant denies the allegations in Paragraph 54.

55  Defendant denies the allegations in Paragraph 53.

56  Defendant denies the allegations in Paragraph 54.

57  Defendant has insufficient information to admit or denies the allegations contained in Paragraph 57.

58  Defendant denies the allegations in Paragraph 56.

59  Defendant has insufficient information to admit or denies the allegations contained in Paragraph 57.

60  Defendant denies the allegations in Paragraph 60.

61  Defendant denies the allegations in Paragraph 61.

62  Defendant denies the allegations in Paragraph 62 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

63  Defendant has insufficient information to admit or deny the allegations contained in Paragraph 63.

64  Defendant denies the allegations in Paragraph 64.

65  Defendant admits the allegations in Paragraph 65 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

66  Defendant denies the allegations in Paragraph 66.

67  Defendant denies the allegations in Paragraph 67.

68  Defendant has insufficient information to admit or deny the other allegations contained in Paragraph 68.

69  Defendant denies the allegations in Paragraph 69.

70  Defendant denies the allegations in Paragraph 70.

71  Defendant denies the allegations in Paragraph 71.

72  Defendant denies the allegations in Paragraph 72.

73  Defendant denies the allegations in Paragraph 73.

74  Defendant denies the allegations in Paragraph 74.

75  Defendant denies the allegations in Paragraph 75.

76  Defendant denies the allegations in Paragraph 76.

77  Defendant denies the allegations in Paragraph 77.

78  Defendant denies the allegations in Paragraph 78.

79  Defendant admits the allegations in Paragraph 79.

80  Defendant denies the allegations in Paragraph 80 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

81  Defendant denies the allegations in Paragraph 81 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

82  Defendant denies the allegations in Paragraph 82 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

83  Defendant denies the allegations in Paragraph 83 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

84  Defendant denies the allegations in Paragraph 84 as to Naverra Glass, LLC and has insufficient information to admit or deny the allegations as to Solar Seal, LLC.

85    Defendant has insufficient information to admit or deny the allegation in Paragraph 85.

Dated July 10, 2023.

                Respectfully Submitted,
                DEFENDANT NAVERRA GLASS, LLC
                By its attorney,
                */s/ Clifford Thier*
                Clifford Thier
                Federal Bar Number: CT21633
                Thier Law Offices
                1007 Farmington Avenue
                West Hartford, Connecticut 06107
                Tel.: (860) 899-5600
                E-mail: cliffthier@thierlaw.com

## **CERTIFICATE OF SERVICE**

Clifford Thier, Defendants' counsel, certifies that this document was sent on July 10, 2023, to the registered participants as identified on the Notice of Electronic Filing (NEF).

                */s/ Clifford Thier*
                Clifford Thier