IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLASTON GERMANY GmbH, <br> GLASTON FINLAND OY, and <br> GLASTON AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SOLAR SEAL, LLC, NAVERRA GLASS LLC f/k/a SOLAR SEAL ARCHITECTURAL, LLC, NAVERRA GLASS, LLC and NAVERRA, LLC <br><br> Defendants. | Civil Action No. 3:23-cv-00520(JAM) |

## STIPULATED JUDGMENT AND ORDER

Plaintiffs Glaston Germany GmbH, Glaston Finland Oy, and Glaston America, Inc. (collectively, the "Plaintiffs") commenced this action by filing the Complaint (as amended) herein, and Defendants Naverra Glass, LLC f/k/a Solar Seal Architectural, LLC ("Naverra Glass CT") (a Connecticut entity), Naverra Glass, LLC ("Naverra Glass DE") (a Delaware entity), and/or Naverra, LLC ("Naverra DE")(a Delaware entity) (collectively, the "Defendants") were properly served with the Summons and Complaint (as amended). The parties, represented by counsel, have agreed to a settlement of this action and have consented to the entry of this final judgment without adjudication of any issue of fact or law herein and without this final judgment constituting any evidence against or an admission by the Defendants with respect to any allegation in the Complaint.

NOW, THEREFORE, on the consent of the Plaintiffs and the Defendants, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. This Court has jurisdiction over this subject matter and the parties pursuant to 28 U.S.C. § 1332(a)(2).

2. Venue in this matter is proper in the District of Connecticut.

3. Plaintiffs and Defendants hereby waive all rights to appeal or otherwise challenge or contest the validity of this Order.

4. Judgment shall enter in favor of the Plaintiffs and against the Defendants in the amount of $806,250.00 less any stipulated payments received by the Plaintiffs in the amount of $95,000.00 for a total judgment amount of $711,250.00.

5. Each party to this Order hereby agrees to bear its own costs and attorneys' fees incurred in connection with this action.

6. This Court shall retain jurisdiction of this matter for the purpose of enabling the parties to apply to the Court at any time for such other and further orders or directives as may be necessary or appropriate or for the enforcement of compliance herewith.

7. This Order shall constitute a final judgment pursuant to Federal Rule of Civil Procedure 58 in favor of the Plaintiffs.

| | |
|---|---|
| **PLAINTIFFS**<br>GLASTON GERMANY GmbH,<br>GLASTON FINLAND OY,<br>and GLASTON AMERICA, INC. LLC | **DEFENDANTS**<br>NAVERRA GLASS, LLC, f/k/a SOLAR SEAL ARCHITECTURAL, LLC, NAVERA GLASS, LLC, and NAVERRA, LLC |
| By:  /s/ Kristin B. Mayhew<br>   Kristin B. Mayhew (ct20896)<br>   Timothy G. Ronan (ct06310)<br>   Pullman & Comley LLC<br>   850 Main Street<br>   Bridgeport, CT 06601-7006<br>   Tel: (203) 330-2000<br>   Fax: (203) 576-8888<br>   Email: kmayhew@pullcom.com<br>   tronan@pullcom.com | By:  /s/ Clifford Thier<br>   Clifford Thier<br>   Thier Law Offices<br>   61 Lord Davis Lane<br>   Avon, CT 06001<br>   Tel: (860) 899-5600<br>   Email: cliffthier@thierlaw.com |

So ORDERED this 23rd day of October, 2023.

_____
The Honorable Thomas O. Farrish
United States Magistrate Judge

ACTIVE/84326.1/KMAYHEW/11235230v4