IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLASTON GERMANY GmbH, GLASTON FINLAND OY, and GLASTON AMERICA, INC., | Civil Action No. 3:23-cv-00520(TOF) |
| Plaintiffs, | |
| v. | |
| SOLAR SEAL, LLC, NAVERRA GLASS LLC f/k/a SOLAR SEAL ARCHITECTURAL, LLC, NAVERRA GLASS, LLC and NAVERRA, LLC | |
| Defendants. | November 22, 2023 |

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SOLAR SEAL, LLC

The plaintiffs GLASTON GERMANY GmbH, GLASTON FINLAND OY, and GLASTON AMERICA, INC. (collectively, the "Plaintiffs"), by and through their undersigned counsel, respectfully move for a default judgment (the "Motion") against Defendant Solar Seal, LLC ("Solar Seal") pursuant to Federal Rule of Civil Procedure 55(b)(2). In support of their Motion, the Plaintiffs submit the Declaration of Joseph Butler[1], attached hereto as **Exhibit A**, and state as follows:

### PROCEDURAL BACKGROUND

1. On April 25, 2023, the Plaintiffs commenced this action by the filing of a Complaint for breach of contract, unjust enrichment and violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), as well as a Motion for Prejudgment Remedy (the "PJR

---

[1] References to the Affidavit of Joseph Butler will hereafter be referred to as "Butler Aff., at ¶."

Application"), Memorandum of Law in support thereof and Motion for Disclosure of Assets against defendants Solar Seal and Naverra Glass, LLC f/k/a Solar Seal Architectural, LLC (the "Defendants"). [ECF 1, 3 & 4].

2. On May 25, 2023, service of the Summons [ECF 14], Complaint [ECF 1], PJR Application [ECF 3], Memorandum of Law in support of the PJR Application [ECF 4], Motion for Disclosure of Assets [ECF 5], the Order on Pretrial Deadlines [ECF 10], the Disclosure Statement [ECF 6], the Notices of Appearance [ECF 2 & 7], the Electronic Filing Order [ECF 11], the Notice re: Disclosure Statement [ECF 8], the Standing Protective Order [ECF 12], and Notice to Counsel/Self-Represented Parties [ECF 13], were served on Daniel Ozen, the registered agent for service of process for Solar Seal, via hand-delivery at 15 E. 30th Street, Apartment 47C, New York, NY 10016 as set forth in the Affidavit of Service dated May 26, 2023. [ECF 15].

3. Pursuant to the Summons, Solar Seal was required to file an answer or otherwise plead on or before June 15, 2023. [ECF 15].

4. On June 20, 2023, the Plaintiffs moved for entry of default as to Defendant Solar Seal (the "Motion for Default"). [ECF 19].

5. On June 20, 2023, Attorney Thier entered his appearance on behalf of Defendant Solar Seal and Defendant Naverra Glass, LLC. [ECF 18].

6. Thereafter, on June 28, 2023, Attorney Their filed *Counsel's Motion to Withdraw* pursuant to which Attorney Thier sought to withdraw as counsel for Defendant Solar Seal. [ECF 21].

7.  On June 29, 2023, this Court granted Attorney Thier's Motion to Withdraw "as to defendant Solar Seal, LLC with the understanding that attorney Thier continues to represent Naverra Glass, LLC." [ECF 23].

8.  Also on June 29, 2023, this Court granted the Motion for Default and entered a default against Defendant Solar Seal pursuant to Federal Rule of Civil Procedure 55(a). [ECF 24].

9.  As a result of the entry of default against Defendant Solar Seal, Plaintiffs now seek a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).

## CALCULATION OF DAMAGES

### A. Amounts Due with respect to the Glaston TPS IG

10. On or about September 9, 2021, Solar Seal, as buyer, placed an order with Glaston Germany, as seller, for the purchase of a glass tempering machine known as an insulating glass production line Glaston JUMBO TPS for max. dimensions 2700 x 6000 mm (the "Glaston TPS IG") pursuant to that certain purchase order (the "Purchase Order"). (Butler Aff. at ¶4).

11. The parties subsequently executed that certain Confirmation of Order (the "Glaston TPS IG Contract"). (Butler Aff. at ¶5).

12. Pursuant to the Purchase Order and Glaston TPS IG Contract, the original purchase price for the Glaston TPS IG Line was $3,450,000.00, and $3,462,500.00 by virtue of subsequent amendments (the "Purchase Price"). (Butler Aff. at ¶6).

13. Pursuant to both the Purchase Order and the Glaston TPS IG Contract, the Glaston TPS IG was to be delivered to "Solar Seal LLC, 40 Wisconsin Avenue, Norwich, Connecticut 06360" (the "Norwich Location"). (Butler Aff. at ¶7).

14. The Glaston TPS IG shipped from Glaston Germany on June 30, 2022 (incurring demurrage charges in the amount of $68,563.32) and was delivered to the Norwich Location shortly thereafter. (Butler Aff. at ¶8).

15. From September, 2021 through November, 2022, the Defendants made payments to Glaston Germany with respect to the TPS IG Contract in the amount of $2,772,500.00 leaving a balance of $758,563.32. (Butler Aff. at ¶9).

16. On or about August 29, 2023, after the commencement of the within action, the Plaintiffs received a payment from the Defendants in the amount of $80,000.00 with respect to the TPS IG Contract. (Butler Aff. at ¶10).

17. The remaining balance due and owing Glaston Germany with respect to the TPS IG Contract is $678,563.32. (Butler Aff. at ¶11).

### B. Amounts Due with respect to the FC Series Furnace

18. On or about September 20, 2021, Solar Seal, as buyer, placed an order with Glaston Finland, as seller, for the purchase of that certain Glaston, FC Series 2860-380 flat tempering furnace (the "FC Series Furnace") pursuant to that certain Sales Agreement No. 00037416 (the "FC Series Contract"). (Butler Aff. at ¶12).

19. Pursuant to the FC Series Contract, the purchase price was $2,325,000.00 (the "Purchase Price"). (Butler Aff. at ¶13).

20. Pursuant to FC Series Contract, the FC Series Furnace was delivered to the Norwich Location. (Butler Aff. at ¶14).

21. From September, 2021 through December, 2022, the Defendants made payments to Glaston Finland with respect to the FC Series Contract in the amount of $2,208,750.00 leaving a balance of $116,250.00. (Butler Aff. at ¶15).

4

22. On or about August 29, 2023, after the commencement of the within action, the Plaintiffs received a payment from the Defendants in the amount of $15,000.00 with respect to the FC Series Contract. (Butler Aff. at ¶16).

23. The remaining balance due and owing Glaston Finland with respect to the FC Series Contract is $101,250.00. (Butler Aff. at ¶17).

24. The total amount due and owing the Plaintiffs with respect to the sale of the TPS IG Line and the FC Series Furnace is $779,813.32.

WHEREFORE, in light of the foregoing, the Plaintiffs respectfully request that the Court enter a default judgment against Solar Seal in the amount of $779,813.32 and for such other and further relief as this Court deems necessary and just.

Respectfully submitted,

By:  /s/Kristin B. Mayhew
Kristin B. Mayhew (ct20896)
Timothy G. Ronan (ct06310)
Pullman & Comley LLC
850 Main Street
Bridgeport, CT 06601-7006
Tel: (203) 330-2000
Fax: (203) 576-8888
Email: kmayhew@pullcom.com
tronan@pullcom.com

*Attorneys for Plaintiffs*
*Glaston Germany GmbH,*
*Glaston Finland Oy, and*
*Glaston America, Inc.*