UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLASTON GERMANY GMBH, <br> GLASTON FINLAND OY, <br> GLASTON AMERICA, INC. | : | DEC 7 2023 PM2:09 <br> FILED-USDC-CT-HARTFORD |
| v. | : | CASE NO.  3:23CV520 (TOF) |
| SOLAR SEAL, LLC, <br> NAVERRA GLASS, LLC. <br> NAVERRA GLASS, LLC f/k/a SOLAR <br> SEAL ARCHITECTURAL, LLC, <br> NAVERRA LLC. | : | |
| | : | |

## DEFAULT JUDGMENT

This action came on for consideration of the plaintiff's Motion for Default Judgment doc. # [62] before the Honorable Thomas O. Farrish, United States Magistrate Judge.

On November 30, 2023, an order entered granting the plaintiff's Motion for Default Judgment, and on December 7, 2023, the proposed order by the plaintiff's was also granted,

It is hereby ORDERED, ADJUDGED and DECREED that the default judgment enter in favor of the plaintiff, Glaston Germany GmbH, against defendant Solar Seal, LLC in the amount of $678,563.32 pursuant to Federal Rule of Civil Procedure 55(b) for its failure to appear and defend in this action; and it is further

ORDERED, ADJUDGED and DECREED that a default judgment enter in favor of plaintiff Glaston Finland OY against defendant Solar Seal, LLC in the amount of $101,250.00 pursuant to Federal Rule of Civil Procedure 55(b) for its failure to appear and defend in this action; and it is further

ORDERED, ADJUDGED and DECREED that post-judgment interest shall accure from this date at the rate(s) equal to the weekly average one-year maturity Treasury yield, pursuant to 28 U.S.C. Section 1961.

Dated at Hartford, Connecticut, this 7th day of December, 2023.

DINAH MILTON KINNEY, CLERK

By: /s/ RKW
Robert K. Wood
Deputy Clerk

EOD - 12/7/2023